UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiffs,

   v.

UNIVERSITY OF DETROIT MERCY,

    Defendant.
------------------------------------- x

No.: 1:23-cv-990

**NOTICE OF VOLUNTARY DISMISSAL**

 Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, UNIVERSITY OF DETROIT MERCY, with prejudice and without fees and costs.

Dated: New York, New York
   June 14, 2023

                **GOTTLIEB & ASSOCIATES**

                _/s/Michael A. LaBollita, Esq._

                Michael A. LaBollita, Esq., (ML-9985)
                150 East 18th Street, Suite PHR
                New York, NY 10003
                Phone: (212) 228-9795
                Fax: (212) 982-6284
                Michael@Gottlieb.legal

                _Attorneys for Plaintiffs_

SO ORDERED:

_Jennifer Rochon_
_____
United States District Court Judge

Dated: June 15, 2023
   New York, New York